SaraEllen Hutchison (WSBA # 36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
539 Broadway
Tacoma, WA 98402
Telephone:     206-529-5195
Facsimile:     253-302-8486
Email: saraellen@saraellenhutchison.com

Justin M. Baxter (WSBA # 39182)
BAXTER & BAXTER, LLP
8835 SW Canyon Lane, Suite 130
Portland, Oregon 97225
Telephone (503) 297-9031
justin@baxterlaw.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JON AND JANET CHEETHAM, and the Marital Community Comprised Thereof,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, et al,<br><br>Defendants. | NO.  2:20-cv-00762-JCC-DWC<br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

BEFORE THE COURT is the Plaintiffs' Unopposed Motion for Leave to File Amended Complaint.  This Court, having considered the Pleadings filed herein, hereby ORDERS that:

ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT
2:20-cv-00762-JCC-DWC

1

**Baxter & Baxter, LLP**
8835 SW Canyon Lane, Suite 130
Portland, Oregon 97225
(503) 297-9031

1     Plaintiffs are GRANTED leave to file their Amended Complaint. Plaintiffs must file the

2 Amended Complaint on or before September 4, 2020.

3 IT IS SO ORDERED.

4 DATED this 26th day of August, 2020.

5

6 _____
David W. Christel
7 United States Magistrate Judge

8

9

10

11 Presented by:

12 */s/ Justin M. Baxter*

13 _____
Justin M. Baxter, WSBA ID 39182
14 justin@baxterlaw.com
BAXTER & BAXTER, LLP
8835 SW Canyon Lane, Suite 130
15 Portland, Oregon 97225
Telephone (503) 297-9031
16 *Attorneys for Plaintiffs*

ORDER GRANTING LEAVE TO FILE     2     **Baxter & Baxter, LLP**
AMENDED COMPLAINT                                  8835 SW Canyon Lane, Suite 130
2:20-cv-00762-JCC-DWC                                     Portland, Oregon 97225
                                                                             (503) 297-9031