THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JON CHEETHAM, *et al.*, | CASE NO. C20-0762-JCC |
| Plaintiffs, | ORDER |
| v. | |
| SPECIALIZED LOAN SERVICING, LLC, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' stipulation and proposer order to dismiss Experian Information Solutions, Inc. (Dkt. No. 49). Having thoroughly considered the stipulation and relevant record, the Court hereby DISMISSES all claims against Experian Information Solutions, Inc. with prejudice and without an award of attorney fees.

DATED this 24th day of November 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE