THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JON CHEETHAM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SPECIALIZED LOAN SERVICING, LLC, *et al.*, <br><br> Defendants. | CASE NO. C20-0762-JCC <br><br> ORDER |

This matter comes before the Court on the parties' stipulation and proposer order to dismiss Equifax Information Services LLC (Dkt. No. 51). Having thoroughly considered the stipulation and relevant record, the Court hereby DISMISSES all claims against Equifax Information Services LLC with prejudice and without an award of attorney fees.

DATED this 4th day of December 2020.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE