1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JON CHEETHAM, JANET CHEETHAM,<br><br>                    Plaintiffs,<br><br>       v.<br><br>SPECIALIZED LOAN SERVICING LLC, et al.,<br><br>                    Defendants. | CASE NO. 2:20-CV-762-JCC-DWC<br><br>AMENDED ORDER SETTING TRIAL DATE AND PRETRIAL SCHEDULE |

The Court has reviewed the parties' Stipulated Motion to Extend Trial Date and Related Deadlines. The Stipulated Motion (Dkt. 54) is granted and the Order Setting Trial Date and Pretrial Schedule is amended as follows:

This case is scheduled for a five-day jury trial to begin on **September 20, 2021 at 9:30 a.m. before the Honorable John C. Coughenour, Courtroom 16206** with the following pretrial schedule:

| Event | Date |
|---|---|
| Expert disclosures under Fed. R. Civ. P. 26(a)(2) | **March 9, 2021** |

| Rebuttal expert disclosures | **April 8, 2021** |
|---|---|
| Last date to file motions related to discovery | **April 22, 2021** |
| Discovery completed by | **April 30, 2021** |
| All dispositive motions must be filed by (*see* LCR 7(d)) | **June 3, 2021** |
| Mediation per LCR 39.1(c), if requested by the parties, held no later than | **July 19, 2021** |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the THIRD Friday after filing. Motions in limine raised in trial briefs will not be considered. | **August 24, 2021** |
| Agreed LCR 16.1 Pretrial Order due | **September 8, 2021** |
| Trial briefs, proposed voir dire, jury instructions, and exhibits by | **September 10, 2021** |
| Pretrial conference | **To be set by the Court** |

All other portions of the Order Setting Trial Date and Pretrial Schedule (Dkt. 34) remain in full force and effect.

Dated this 28th day of December, 2020.

David W. Christel
United States Magistrate Judge

AMENDED ORDER SETTING TRIAL DATE AND
PRETRIAL SCHEDULE - 2