THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JON CHEETHAM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SPECIALIZED LOAN SERVICING, LLC, *et al.*, <br><br> Defendants. | CASE NO. C20-0762-JCC <br><br> ORDER |

This matter comes before the Court on the parties' stipulation and proposed order to dismiss Trans Union, LLC (Dkt. No. 56). Having thoroughly considered the stipulation and relevant record, the Court hereby DISMISSES all claims against Trans Union, LLC with prejudice and without an award of attorney fees.

DATED this 25th day of January 2021.

/s/ John C. Coughenour

John C. Coughenour
UNITED STATES DISTRICT JUDGE