Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JON and JANET CHEETHAM,<br><br>Plaintiffs,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, et al.,<br><br>Defendants. | Case No. 2:20-cv-00762-JCC-DWC<br><br>**ORDER GRANTING DEFENDANT SPECIALIZED LOAN SERVICING, LLC'S UNOPPOSED MOTION ON LOCAL COUNSEL** |

This matter having come before the Court on Defendant Specialized Loan Servicing, LLC's ("SLS") Unopposed Motion on Local Counsel, and the Court having reviewed the materials filed by SLS and being otherwise fully advised,

IT IS HEREBY ORDERED that SLS's Motion on Local Counsel is GRANTED. SLS's counsel of record—Garrett S. Garfield—may act as local counsel for SLS under the Court's *pro hac vice* rule, LCR 83.1(d)(2), notwithstanding the fact that Mr. Garfield does not have a physical office in this District.

DATED this 18th day of February, 2021.

*[signature]*

David W. Christel
United States Magistrate Judge

ORDER GRANTING DEFENDANT SPECIALIZED LOAN SERVICING, LLC'S UNOPPOSED MOTION ON LOCAL COUNSEL;
CASE NO. 2:20-CV-00762-JCC-DWC
PAGE 1
#81996829_v1

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue
Suite 1800
Portland, OR 97204
Telephone: 503.243.2300

Presented by:

HOLLAND & KNIGHT LLP

By: *s/ Garrett S. Garfield*
Garrett S. Garfield, WSBA No. 48375
E-mail: serve.gsg@hklaw.com
601 SW Second Avenue, Suite 1800
Portland, OR  97204
Telephone:  503.243.2300
Fax:  503.241.8014

*Attorney for Defendant Specialized Loan Servicing, LLC*

ORDER GRANTING DEFENDANT SPECIALIZED LOAN SERVICING, LLC'S UNOPPOSED MOTION ON LOCAL COUNSEL; CASE NO. 2:20-CV-00762-JCC-DWC
PAGE 2
#81996829_v1

**HOLLAND & KNIGHT LLP**
601 SW Second Avenue
Suite 1800
Portland, OR  97204
Telephone:  503.243.2300