THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JON and JANET CHEETHAM,<br><br>Plaintiffs,<br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC, *et al.*,<br><br>Defendants. | CASE NO. C20-0762-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of pending settlement (Dkt. No. 81). In light of this notice, the Court VACATES the September 20, 2021 trial and all other case management dates and STAYS consideration of the Report and Recommendation of the Honorable David W. Christel, U.S. Magistrate Judge, (Dkt. No. 79) on Defendant's motion for partial judgment, as well as Defendant's objections thereto (Dkt. No. 80). The parties are DIRECTED to either seek dismissal or file a joint status report within 60 days of this order.

//

//

//

DATED this 16th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk